OPINION — AG — THERE IS NO STATUTORY PROHIBITION AGAINST A MUNICIPALITY PURCHASING LAND FROM AN INDIVIDUAL WHO IS THE BROTHER OF A MEMBER OF THE GOVERNING BOARD OF THE MUNICIPALITY, WHERE SUCH MEMBER HAS NO DIRECT OR INDIRECT PECUNIARY INTEREST IN THE SALE OF THE PROPERTY. (CONFLICT OF INTEREST) CITE: 62 O.S. 1971 371 [62-371], 21 O.S. 1971 344 [21-344] 61 O.S. 1974 Supp., 114 [61-114] (JOHN THOMAS) ** SEE: OPINION NO. 85-138 === SEE OPINION NO. 88-088 (1989) ** SEE OPINION NO. 91-029 (1992) ** ** SEE OPINION NO. 90-540 (1990) ** SEE OPINION NO. 90-636 (1990) ** SEE OPINION NO. 87-530 (1987) **